IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| AMERICA'S EDUCATION GUIDE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:12-cv-00218-RBD-MCR ) |
| DOMINION ENTERPRISES and LANDMARK MEDIA ENTERPRISES, LLC | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41, Plaintiff America's Education Guide, Inc. hereby dismisses the Complaint with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
J. Scott Anderson
Florida Bar No. 0115053 (inactive)
Georgia Bar Number 017266
FSB FisherBroyles, a Limited Liability Partnership
118 East Maple Street
Decatur, Georgia 30030-3314
Telephone 404-806-1488
Fax 888-909-0255
Anderson@FSBLegal.com

## CERTIFICATE OF FILING

I hereby certify that on this, the _16_ day of August, 2012, I presented the foregoing NOTICE OF DISMISSAL WITH PREJUDICE to the Clerk of Court for filing and uploading to the Case Management / Electronic Case Filing (CM/ECF) system.

Respectfully submitted,

_____
J. Scott Anderson
Florida Bar No. 0115053 (inactive)
Georgia Bar Number 017266
FSB FisherBroyles, a Limited Liability Partnership
118 East Maple Street
Decatur, Georgia 30030-3314
Telephone 404-806-1488
Fax 888-909-0255
Anderson@FSBLegal.com