**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICA'S EDUCATION GUIDE, INC.,

    Plaintiff,

v.                                                              Case No. 3:12-cv-218-J-34MCR

DOMINION ENTERPRISES and
LANDMARK MEDIA ENTERPRISES, LLC,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Dkt. No. 12; Notice) filed on August 16, 2012. In the Notice, Plaintiff seeks dismissal of this matter with prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own costs.

      3.      The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of August, 2012.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record